744 A.2d 648

IN THE MATTER OF RICHARD W. BANAS,
AN ATTORNEY AT LAW.

February 8, 2000.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD W. BANAS** of **EAST HANOVER,** who was admitted to the bar of this State in 1978, and who thereafter was suspended from the practice of law for a period of three months effective February 26, 1999, by Order of this Court dated January 26, 1999, be restored to the practice of law, effective immediately.